PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KREIGHAMMER VONNJORDSSON, ) | |
| ) | CASE NO.  5:11CV0089 |
| Petitioner, ) | |
| ) | |
| v.                                                             ) | JUDGE BENITA Y. PEARSON |
| ) | |
| WARDEN, TOLEDO CORRECTIONAL  ) | **MEMORANDUM OF OPINION** |
| INSTITUTION,                                        ) | **AND ORDER RE:  DISMISSING** |
| ) | **PETITIONER'S APPLICATION FOR** |
| Respondent.                           ) | **WRIT OF HABEAS CORPUS** |

Petitioner *pro se* Kreighammer Vonnjordsson filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, alleging six grounds for relief which challenge the constitutional sufficiency of his conviction and sentence for murder and tampering with evidence, in violation of Ohio Rev. Code §§ 2903.02 and 2921.12, respectively.  Petitioner was sentenced to a definite term of 15 years to life imprisonment for the murder conviction, and a definite term of five years imprisonment for the tampering with evidence conviction.

According to Petitioner, *see* ECF No. 16, and the Ohio Department of Rehabilitation and Correction website,[1] Petitioner is now confined at the Southern Ohio Correctional Facility.  The Warden of that institution, Donald Morgan, is ordered substituted for the original Respondent, Warden, Toledo Correctional Institution.

On March 9, 2011, the case was referred to Magistrate Judge James R. Knepp, II for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(2).

---

[1]  http://www.drc.state.oh.us/

(5:11CV0089)

After Respondent filed a Motion to Dismiss (ECF No. 10), the Magistrate Judge submitted a Report and Recommendation (ECF No. 17) recommending that the motion be granted and the petition be dismissed upon the grounds that Petitioner has procedurally defaulted his claims in State court.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service, but neither party has filed any such objections, thereby, indicating satisfaction with the Magistrate Judge's report and recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the Magistrate Judge is hereby adopted. Respondent's Motion to Dismiss (ECF No. 10) is granted. Kreighammer Vonnjordsson's Petition for a Writ of Habeas Corpus will be dismissed.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

 February 23, 2012                     */s/ Benita Y. Pearson*
Date                                   Benita Y. Pearson
                                       United States District Judge